AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Luis Raul CARMONA<br><br>*Defendant(s)* | Case No.<br><br>**EP:25-M-06349-MAT** |

**FILED**
November 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Fidel Morales__
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 13, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law, for the purpose of commercial advantage and private financial gain. |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __November 17, 2025__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*
Brenda V. Bautista, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/17/2025

*Judge's signature*
Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

City and state: El Paso, Texas

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Luis Raul CARMONA

PEPT# PEPT261100789

11/17/2025

FACTS   (CONTINUED)

On November 13, 2025, Border Patrol Agents (BPA) assigned to the Clint Border Patrol Station (CTX) Responded to a camera activation approximately 25 feet from the international boundary depicting a gold Chevrolet Tahoe heading south toward the U.S./Mexico border in CTX area of responsibility and a few minutes later the same camera showed the vehicle heading north towards Interstate 10. This area is utilized daily by smugglers to pick up illegal aliens who seek to further their illegal entry into the United States and flee undetected. This area also provides smuggling vehicles with the ability to quickly blend in with legitimate vehicular traffic.

The image of the gold Tahoe matched the description of a similar vehicle that had picked up suspected illegal aliens in that same location on November 9, 2025.  BPA assigned to the intelligence unit began searching for the vehicle and were unable to locate it in the vicinity of where the camera depicted it. On several other occasions vehicles have used high traffic areas to blend in with local pedestrians. Recent intelligence has identified Cielo Vista Mall as being used consistently by smugglers, due to their ability to blend in easily with the high volume of traffic. They utilize this location to transfer illegal aliens into another vehicle while remaining undetected.  When BPA arrived at Cielo Vista Mall, they were able to locate the vehicle at the south end of the mall, near Dillard's, parked underneath a tree. BPAs were able to match that Tahoe with the one on camera.

As BPAs approached the driver side of the vehicle, they noticed several individuals who appeared to be crouching down in the rear passenger area. BPAs identified themselves as U.S. Border Patrol Agents and questioned the driver as to his citizenship. The driver, identified as Luis Ramon CARMONA (the Defendant) stated that he was a United States Citizen. BPAs also noticed that all the individuals in the rear of the vehicle were muddy and wet. When questioned about their citizenship they all stated that they were in the country illegally. BPAs removed all 8 individuals from the vehicle. The Defendant and the seven illegal aliens were placed under arrest and transported back to CTX for further processing. While at the station BPAs were able to verify the footprints coming across the river into the U.S. where the camera went off, matched those of the individuals in custody.

The Defendant was read his Miranda rights in the English language, to which he responded that he understood them and was willing to waive his right to legal representation and was willing to speak to the BPAs without an attorney present.

In a post Miranda statement, the Defendant stated that he knew he was picking up illegal aliens and that he knew it was against the law to pick them up. He stated that he was getting paid $500 USD per illegal alien. Additionally, he stated that he had picked up other illegals on one other occasion in that same location and transported them to Cielo Vista Mall and a white van picked up the illegal aliens from him. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Luis Raul CARMONA

PEPT# PEPT261100789

11/17/2025

FACTS    (CONTINUED)

Immigration History:
None Found

Criminal History:
None Found